USDC Case No.: CIV-COHN 06-60889

IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. CIV-COHN 06-60889

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Plaintiff,

vs.

LAGO CANYON, INC.

    Defendant/Third-Party Plaintiff,

vs.

SUNSEEKER INTERNATIONAL
LIMITED, SUNSEEKER FLORIDA,
INC., HMY YACHT SALES, INC. AND
TROPICAL MARINE AIR CONDITIONING,
INC.

    Third-Party Defendants.
_____/



## ORDER OF DISMISSAL WITH PREJUDICE AS TO THIRD-PARTY DEFENDANT SUNSEEKER INTERNATIONAL LIMITED

THIS CAUSE is before the Court upon Third-Party Plaintiff **Lago Canyon, Inc.'s** Stipulation for Dismissal with Prejudice as to Third-Party Defendant **Sunseeker International Limited**. The Court has considered the Stipulation for Dismissal with Prejudice and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the claims and causes of action asserted herein by Third-Party Plaintiff, **Lago Canyon, Inc.** against Third-Party Defendant **Sunseeker**

USDC Case No.: CIV-COHN 06-60889

**International Limited** are in all respects **DISMISSED WITH PREJUDICE**, with costs and fees to be paid by the party incurring same.

DONE AND ORDER in chambers at Fort Lauderdale, Broward County, Florida this 13TH day of MARCH 2008.

_____
JAMES I. COHN
United States District Judge

Copy Prodived:
All Counsel on CM/ECF