IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. CIV-COHN 06-60889

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Plaintiff,

vs.

LAGO CANYON, INC.

    Defendant/Third-Party Plaintiff,

vs.

SUNSEEKER INTERNATIONAL
LIMITED, SUNSEEKER FLORIDA,
INC., HMY YACHT SALES, INC. AND
TROPICAL MARINE AIR CONDITIONING,
INC.

    Third-Party Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE AS TO THIRD-PARTY DEFENDANT SUNSEEKER FLORIDA, INC.

THIS CAUSE is before the Court upon Third-Party Plaintiff **Lago Canyon, Inc.'s** stipulation for Voluntary Dismissal with Prejudice as to Third-Party Defendant **Sunseeker Florida, Inc.**, [D.E. 239]. The Court has considered the Stipulation for Voluntary Dismissal with Prejudice and is otherwise advised in the premises. It is hereby,

**ORDERED AND ADJUDGED** that the claims and causes of action asserted herein by Third-Party Plaintiff, **Lago Canyon, Inc.** and Third-Party Defendant **Sunseeker Florida, Inc.** are in all respects **DISMISSED WITH PREJUDICE**, with costs and fees to be paid by the

party incurring same. This Order has no bearing on the claims against the remaining Third-Party Defendants.

**DONE AND ORDER** in chambers at Fort Lauderdale, Broward County, Florida this 13th day of MARCH, 2008.

JAMES I. COHN
United States District Judge

Copy Prodived:
All Counsel on CM/ECF

2