UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SCANNED**

IN ADMIRALTY

CASE NO. 06-60889-CIV-COHN/SELTZER

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Plaintiff,

vs.

LAGO CANYON, INC.

    Defendant/Third-Party Plaintiff

vs.

SUNSEEKER INTERNATIONAL, LTD.,
SUNSEEKER FLORIDA, INC., HMY
YACHT SALES, INC., and TROPICAL
MARINE AIR CONDITIONING, INC.,

    Third-Party Defendants

_____/

### FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Court's Findings of Fact and Conclusions of Law entered after the conclusion of a nonjury trial held on March 24 - 27, 2008. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Declaratory Judgment shall be entered in favor of St. Paul Fire and Marine Insurance Company ("St. Paul").

2. The loss resulting from the partial sinking of the "Aqua Novia" owned by the

1

named insured, Lago Canyon, Inc., was not a covered loss under the marine insurance policy issued by St. Paul.

3. Judgment is entered in the favor of Lago Canyon, Inc. in the amount of $7,500.00 for Commercial Towing/Emergency Services which is covered under the policy.

4. This Court retains jurisdiction to enforce the terms of this Final Judgment and to determine any entitlement to fees and costs.

5. The Clerk of the Court shall **CLOSE THIS CASE** and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5TH day of May, 2008.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record on CM/ECF